UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIC REDDICK,

    Petitioner,

v.                                             CASE NO. 6:08-cv-981-Orl-19DAB

STATE OF FLORIDA,

    Respondent.

## ORDER

Petitioner filed a Motion to Dismiss Case Without Prejudice (Doc. No. 5, filed July 3, 2008). Accordingly, pursuant to Federal Rule of Civil Procedure 41, it is **ORDERED**:

1. Petitioner's Motion to Dismiss Case Without Prejudice (Doc. No. 5) is **GRANTED**.

2. This case is **DISMISSED WITHOUT PREJUDICE**. The Court notes, however, that the dismissal without prejudice does not excuse Petitioner from the one-year period of limitation for raising a habeas corpus petition in the federal courts. *See* 28 U.S.C. § 2244(d).

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida this  8th   day of July, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 7/8
Eric Reddick